**James Michael SULLIVAN, by next friend Patricia Ann SULLIVAN, Respondents,**

v.

**Gerald T. JORDAN, Appellant.**

**No. WD 51587.**

Missouri Court of Appeals, Western District.

June 11, 1996.

Richard N. Brown, Brookfield, for appellant.

Jackie L. Bailey, Marceline, for respondents.

Before FENNER, C.J., P.J., and HANNA and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM.

Appeal from trial court's judgment in paternity action and award of child support, reimbursement of past reasonable necessary expenses and attorney fees.

Judgment affirmed. Rule 84.16(b).